[No. 10131–2–III.   Division Three.   May 29, 1990.]

PAMELA JOHNSON, *Individually and as Guardian, Appellant*, v. WALLACE COFFMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88–2–02136–7, Robert N. Hackett, Jr., J., entered July 7, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[Nos. 9650–5–III; 9651–3–III.   Division Three.   May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B. GONZALEZ, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 88–1–00104–1, 88–1–00188–2, Evan E. Sperline, J., entered October 21, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 9906–7–III.   Division Three.   May 29, 1990.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. CLARENCE BLOCK, ET AL, *Appellants*, FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–2–00260–7, Yancey Reser, J., entered March 16, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.